No. 1045. MOSHER *v.* AMERICAN SURETY CO. ET AL.

 Decided May 31, 1938. *Per Curiam:* The mo-
tion of the appellee to dismiss the appeal is granted and
the appeal is dismissed for the want of jurisdiction. Sec-
tion 237 (a), Judicial Code, as amended by the act of
February 13, 1925 (43 Stat. 936, 937). Treating the papers
whereon the appeal was allowed as a petition for a writ
of certiorari as required by § 237 (c), Judicial Code, as
amended (43 Stat. 936, 938), certiorari is denied. *Mr.
John W. Ray* for appellants. *Mr. Fred Blair Townsend*
for appellees. 

No. 948. NED ET AL. *v.* ROBINSON. 
 Decided May 31, 1938.
*Per Curiam:* The appeal herein is dismissed for the want
of jurisdiction. Section 237 (a), Judicial Code, as
amended by the Act of February 13, 1925 (43 Stat. 936,
938). The petition for writ of certiorari is denied. *Mr.
H. A. Ledbetter* for appellants. No appearance for ap-
pellee.